UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21998-CIV-HIGHSMITH

JORGE HERMELO,

    Petitioner,

v.

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER DISMISSING CASE

This cause is before this Court upon United States Magistrate Judge P.A. White's Report and Recommendation (the "R&R")(DE #20). This Court has reviewed Judge White's R&R and has also reviewed the Objections to the Report filed by Plaintiff (DE #27).

After a review of the thorough and well-reasoned R&R, Plaintiff's Objections, and the case file, this Court hereby ADOPTS the Report of Judge White. Accordingly, for the reasons stated in Judge White's R&R, Petitioner's Petition for a Writ of Habeas Corpus is DENIED. Any pending motions are DENIED AS MOOT and this case is CLOSED.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 11th day of September, 2008.

                                                                                       SHELBY HIGHSMITH
                                                                                       UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
        Jorge Hermelo, *Pro Se*
        M42190, E-1117L
        Okeechobee Correctional Institution
        3420 NE 168th Street
        Okeechobee, FL 34972